**Order entered September 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00894-CV

**ERIC DRAKE, Appellant**

**V.**

**SUNHEE PI, ET AL., Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-01374-E**

## ORDER

We **GRANT** appellant's September 18, 2013 motion for an extension of time to file a motion to review the trial court's September 13, 2013 order sustaining the contest to his affidavit of indigence. Appellant shall file his motion to review on or before September 30, 2013.

/s/  DAVID LEWIS
   JUSTICE